IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-30294
_____

SOUTHERN GENERAL AGENCY INC;
BARRY L MITCHELL,

                                        Plaintiffs-Appellants

                    versus

CHARLES BRADFORD WOLFE; ET AL

                              Defendants

CHARLES BRADFORD WOLFE; SAFEWAY INSURANCE CO
                              Defendants - Appellees

*****************************************************************

SAFEWAY INSURANCE CO

                              Plaintiff - Appellee

                    versus

SOUTHERN GENERAL AGENCY INC.

                              Defendant - Appellant
_____

Appeal from the United States District Court
for the Western District of Louisiana
(97-CV-2153)
_____

March 4, 1999

Before HIGGINBOTHAM, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

        AFFIRMED.  See 5th Cir. R. 47.6.

_____

        [*] Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.